# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00357-CV

### K. B., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

#### FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
#### NO. C2017-0628C
#### THE HONORABLE MELISSA MCCLENAHAN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on June 1, 2018. To date, the reporter's record has not been filed.

Accordingly, Monique Hinchcliff is hereby ordered to file the reporter's record in this case on or before July 13, 2018. *See* Tex. R. App. P. 35.3(c). If the record is not filed by that date, Hinchcliff may be required to show cause why she should not be held in contempt of court.

It is ordered on July 2, 2018.

Before Chief Justice Rose, Justices Pemberton and Field